Theodorico **ERUM**, Jr., on behalf of himself and all other similarly situated, Plaintiff—Appellant,

v.

**CITIBANK, N.A. (SOUTH DAKOTA),** a national banking association, Defendant—Appellee.

No. 04–16619.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Theodorico Erum, Jr., Kapaa, HI, pro se.

Elizabeth A. Kane, Esq., Law Office of Elizabeth A. Kane, LLC, Honolulu, HI, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Theodorico Erum, Jr., appeals pro se the district court's judgment dismissing his action seeking to vacate an arbitration award in his dispute with his credit card issuer. We have jurisdiction pursuant to 28 U.S.C. § 1291. After de novo review, *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir.2003), we affirm.

The district court correctly concluded that it lacked jurisdiction to consider Erum's action because the relief Erum sought would require review of the state court judgment confirming the arbitration award in question. *See id.* at 1158. Erum's action was thus a de facto appeal of the state court proceeding, and the district court was required to "refuse to decide any issue raised in the suit that is 'inextricably intertwined' with an issue resolved by the state court." *Id.*

Erum's remaining contentions lack merit.

The clerk shall file the reply brief received on May 10, 2005.

**AFFIRMED.**

**UNITED STATES of America,** Plaintiff—Appellee,

v.

Francisco **IBARRA–VALDEZ,** Defendant—Appellant.

No. 04–30235.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted July 11, 2005.*

Decided July 15, 2005.

James P. Hagarty, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Esq., Kennewicik, WA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

## MEMORANDUM **

Francisco Ibarra–Valdez appeals the 73–month sentence imposed following his guilty plea to possession with intent to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.